McGREGOR W. SCOTT
United States Attorney
OWEN ROTH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUSTIN JOHNSON et al.,<br><br>Defendants. | CASE NOS. 2:18-CR-010; 2:18-CR-034; 2:18-CR-035; 2:18-CR-037; 2:18-CR-054<br><br>**<u>AMENDED</u>** STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: April 26, 2018<br>COURT: Hon. Troy L. Nunley |
|---|---|

**STIPULATION**

1. This stipulation concerns thirteen indicted cases, which all arise out of a common investigation. The thirteen cases concern twenty-seven different defendants.

2. By recent orders, eight of the thirteen matters were variously set for status conferences on July 19, July 26, and August 2, 2018. In the five matters noted in the caption, the parties requested a continuance to August 9; however, the Court is not available on August 9, and so the parties are instead asking for the next available date, August 16, at 9:30 a.m.

3. Consistent with the prior request, the parties to the five captioned matters seek to exclude time between April 26, 2018, and August 16, 2018, under Local Codes T2 and T4.

4. The parties agree and stipulate, and request that the Court find the following:

   a) As of this stipulation, the Government has produced more than 400 pages of written discovery to the defendants as a group, as well as 45 DVDs containing audio and visual

surveillance recordings.  (Each defendant has also received a copy of his or her criminal history, if one exists, and a small amount of additional written discovery has been produced to a subset of defendants.)  Going forward, the Government anticipates producing hundreds of additional pages of discovery, which will include wiretap-related documents pursuant to the Court's April 12, 2018 protective order, and additional DVDs containing wiretap data and additional surveillance evidence.

b) At this time, the Government understands that the previously appointed discovery-coordination attorney (the "DCA") is processing the discovery that the Government has produced (as noted in the foregoing paragraph) and making it available to defense counsel.

c) At this time, Counsel for the defendants desire additional time to review the discovery now being distributed by the DCA.  This review will enable counsel to begin reviewing the charges against their respective clients, conduct ancillary research, and consult with their respective clients on how to proceed in their cases.

d) Counsel for the defendants believe that failure to grant the above-requested continuances would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e) The government does not object to the continuances.

f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g) Further, given that the discovery in this case arises from a single investigation and is being produced to the twenty-seven defendants in thirteen cases, the Court has previously designated the matter as "complex" for the purpose of providing an exclusion of time under Local Code T2.  The parties submit that the foregoing stipulation provides a continued basis for such an exclusion.

h) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trials must commence, the time period of April 26, 2018 to August 16, 2018, as noted in this stipulation, inclusive, are deemed excludable pursuant to

| | |
|---|---|
| 1 | 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because they result from continuances granted |
| 2 | by the Court at the defendants' requests on the basis of the Court's finding that the ends of |
| 3 | justice served by taking such action outweigh the best interest of the public and the defendants in |
| 4 | speedy trials. |

     i)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trials must commence, the time periods of April 26, 2018 to August 16, 2018, as noted in this stipulation, inclusive, are deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), (ii) because they result from continuances granted by the Court at defendants' requests on the basis of the Court's finding that the matters are sufficiently complex that it would be unreasonable to expect adequate preparation absent the exclusions of time.

5.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the periods within which trials must commence.

IT IS SO STIPULATED.

Dated: April 18, 2018                          McGREGOR W. SCOTT
                                                 United States Attorney

                                                 /s/ OWEN ROTH
                                                 OWEN ROTH
                                                 Assistant United States Attorney

Dated: April 18, 2018

                                                 /s/ TODD D. LERAS
                                                 TODD D. LERAS
                                                 Counsel for Defendant Edgar Jimenez
                                                 Case No. 2:18-cr-010

Dated: April 18, 2018                          /s/ CLYDE BLACKMON
                                                 CLYDE BLACKMON
                                                 Counsel for Defendant James Masterson
                                                 Case No. 2:18-cr-010

Dated: April 18, 2018                          /s/ CANDICE L. FIELDS
                                                 CANDICE L. FIELDS
                                                 Counsel for Defendant Reggie Pajimola
                                                 Case No. 2:18-cr-010

Dated: April 18, 2018                    /s/ KYLE R. KNAPP
                                         KYLE R. KNAPP
                                         Counsel for Defendant Joshua Sims
                                         Case No. 2:18-cr-010

Dated: April 18, 2018                    /s/ TIMOTHY E. WARRINER
                                         TIMOTHY E. WARRINER
                                         Counsel for Defendant John Lemus
                                         Case No. 2:18-cr-034

Dated: April 18, 2018                    /s/ MICHAEL B. BIGELOW
                                         MICHAEL B. BIGELOW
                                         Counsel for Defendant Carlos Martinez
                                         Case No. 2:18-cr-035

Dated: April 18, 2018                    /s/ ERIN J. RADEKIN
                                         ERIN J. RADEKIN
                                         Counsel for Def. Asencion Jimenez
                                         Case No. 2:18-cr-037

                                         /s/ RONALD PETERS
Dated: April 18, 2018
                                         RONALD PETERS
                                         Counsel for Def. Blas Gonzalez-Ramirez
                                         Case No. 2:18-cr-054

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 19th day of April, 2018.

_____
Troy L. Nunley
United States District Judge

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT                            4