1 | **ERIN J. RADEKIN**
**Attorney at Law - SBN 214964**
2 | 1001 G Street, Suite 107
3 | Sacramento, California 95814
Telephone: (916) 504-3931
4 | Facsimile: (916) 447-2988

Attorney for Defendant
ASENCION JIMENEZ

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) | 2:18-CR-00037-TLN |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND [PROPOSED]** |
| v. ) | **ORDER TO MODIFY CONDITIONS** |
| ) | **OF RELEASE** |
| ) | |
| **ASCENCION JIMENEZ**, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## STIPULATION

On February 20, 2018, defendant Ascencion Jimenez was released with conditions he submit to random drug testing, seek and maintain employment, and participate in a cognitive therapy behavioral therapy program. ECF No. 8 at p. 3 (conditions 7, 8 and 9).

At this time the parties, with the full agreement of pretrial services, are requesting that conditions 7, 8 and 9 be removed. All other conditions will remain in place and Mr. Jimenez

Stipulation and Order - 1

will continue on pretrial supervision. Attached hereto are the Amended Special Conditions of Release as proposed by the pretrial services officer and the parties.

The parties and pretrial services feel that this action is appropriate at this time on the ground that Mr. Jimenez has a serious illness which makes it a hardship to fulfill these conditions. He has been fully compliant with all conditions of pretrial release since his release. Pretrial services officer Renee Basurto is requesting that these conditions be removed and has verified Mr. Jimenez's serious illness. The Court is advised that attorney for the United States in this action, Assistant United States Attorney Owen Roth has been apprised of this request, has been provided with a copy of the attached amended conditions, and has indicated that he has no objection to such modifications to the conditions of Mr. Jimenez's release. The Court is further advised Mr. Roth has authorized Ms. Radekin to sign this stipulation on his behalf.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: May 17, 2018                                   MCGREGOR W. SCOTT
                                                      United States Attorney

                                            By:   /s/ Owen Roth
                                                  OWEN ROTH
                                                  Assistant United States Attorney

Dated: May 17, 2018                                /s/ Erin J. Radekin
                                                   ERIN J. RADEKIN
                                                   Attorney for Defendant
                                                   ASCENCION JIMENEZ

**ORDER**

Good cause appearing and for the reasons stated in the stipulation of the parties, the conditions of defendant's release are hereby modified pursuant to 18 U.S.C. § 3145(a). The new

conditions of release are those set forth in the Amended Special Conditions of Release attached to the parties' stipulation.

IT IS SO ORDERED.

Dated: May 18, 2018

*[signature]*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE