| | |
|---|---|
| 1 | MCGREGOR W. SCOTT<br>United States Attorney |
| 2 | OWEN ROTH<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-037 TLN |
|---|---|
| Plaintiff, | MOTION OF THE UNITED STATES TO DISMISS INDICTMENT AGAINST ASENCION JIMENEZ |
| v. | |
| ASENCION JIMENEZ, | |
| Defendant. | |

The United States of America, through the undersigned Assistant U.S. Attorney, moves under Federal Rule of Criminal Procedure 48(a) to dismiss, without prejudice, the indictment against Asencion Jimenez. The indictment was filed on February 22, 2018, and alleged a single count of being a felon in possession of firearms in violation of 18 U.S.C. § 922(g)(1). (Dkt. No. 10.) Mr. Jimenez's counsel has provided the Government with an electronic copy of a certificate from the Sacramento County Department of Health and Human Services which states that Mr. Jimenez passed away on May 19, 2018. In light of this information, the Government seeks to dismiss the indictment.

Dated: July 5, 2018
                                                      MCGREGOR W. SCOTT
                                                      United States Attorney

                                                      By: /s/ OWEN ROTH
                                                          OWEN ROTH
                                                          Assistant United States Attorney

**Order**

In light of the Government's representation that it has received an electronic copy of a certificate from the Sacramento County Department of Health and Human Services indicating that the defendant, Asencion Jimenez, passed away on May 19, 2018, the Court grants the Government's motion to dismiss the indictment in this case, without prejudice.

**SO ORDERED**.

Dated: July 9, 2018

_____
Troy L. Nunley
United States District Judge